Honorable Maureen P. Kelly

US Courthouse

700 Grant Street

Pittsburgh, PA 15219

RE: Bill Robert Rana Jr.

May 12, 2022

Your Honor,

I am writing this letter on behalf of Mr. Bill R. Rana Jr. in regards to his character.

I would like to introduce myself.  My name is Kayla E. Bahorich, I work at STORExpress where I met Mr. Rana 8 years ago.  He is a very hard-working man and everyone at STORExpress has the most immense respect for him.

There has not been a single time when there was a complaint against him.  He is honest, reliable, helpful and by far the happiest man I have ever met in my life.  His smile is very contagious and everyone knows when he is around because he knows how to make everyone laugh but, still maintaining a professional work environment.

I can say with total confidence that few men have contributed to the society in a way that Mr. Rana has. Even though I came into his association through work I have also had the pleasure of knowing the kind of man he is outside of work.   He is Kind, Polite and I have never seen him anything other than those qualities I have mentioned.

Mr. Rana is a dad, above anything else, He is a man that is there for his children every day.  Most loving and caring man I have ever met when it comes to family.  I can and will Vouch for the man standing in front of you today.

Please if there is anything else I can do in order to help Mr. Rana I will be there.


Thank you,


Yours truly,

Kayla E. Bahorich